UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELINDA PERRY,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

24 Civ. 3174 (ER) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      Under this District's standing order in Social Security cases, Plaintiff's brief "for [her] requested relief" was due within 30 days of the Government's filing of its answer, *i.e.*, the Certified Administrative Record, on July 5, 2024. (Dkt. No. 3 at 1). Despite Plaintiff's moving brief having been due by August 5, 2024, as of today, Plaintiff has not filed her moving brief. The docket further reflects that Plaintiff was proceeding *pro so* in this matter until August 19, 2024, when Mark Levine, Esq. filed a notice of appearance as *pro bono* counsel for Plaintiff. (Dkt. No. 13). On September 3, 2024, an attorney from the New York County Lawyers Association, Anthe Maria Bova, Esq., also filed a notice of appearance as *pro bono* counsel on Plaintiff's behalf. (Dkt. No. 14).

      In light of the foregoing procedural history, counsel for Plaintiff and the government are directed to meet and confer and jointly submit a letter to the Court by no later than **Friday, September 13, 2024**: (1) setting forth how Plaintiff wishes to proceed with this action and who will be representing her; (2) if Plaintiff wishes to litigate the matter, proposing a briefing schedule; and (3) indicating whether the parties consent to proceed for all purposes before the assigned Magistrate Judge.

      **SO ORDERED.**

DATED:    New York, New York
              September 5, 2024

                                                      _____
                                                        GARY STEIN
                                                        United States Magistrate Judge