**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
BELINDA P.,

                              Plaintiff,                24 **CIVIL** 3174 (GRJ)

       -v-                                         **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 1, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 18) is GRANTED, and this matter is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:** New York, New York

      April 2, 2025

                                                                **TAMMI M. HELLWIG**

                                                                **Clerk of Court**

                                **BY:**     *K. Mango*

                                                                 **Deputy Clerk**